IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALUMINUM EXTRUSION FAIR TRADE COMMITTEE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant, | Court No. 22-00236 |

**CONSENT MOTION TO INTERVENE**

    1.    Pursuant to Rule 24(a)(2) of the Rules of the U.S. Court of International Trade ("USCIT"), Kingtom Aluminio S.R.L. ("Kingtom") respectfully moves that the Court allow it to intervene as a matter of right as Defendant-Intervenor in this action. Pursuant to USCIT R. 7(b), counsel for Kingtom has conferred with counsel for the other parties to obtain their consent for this motion. Counsel to Plaintiff, Aluminum Extrusion Fair Trade Committee ("Plaintiff" or "AEFTC"), consented to this motion, and counsel for Defendant, the United States, consented to the relief requested.

    2.    Plaintiff commenced this action by filing a summons and complaint on August 11, 2021. This action contests certain aspects of the determination of evasion made by U.S. Customs and Border Protection ("CBP"), Office of Trade ("OT"), Trade Remedy & Law Enforcement Directorate ("TRLED") pursuant to 19 U.S.C. § 1517(c) and the *de novo* administrative review and reversal of that determination conducted by CBP, OT, Regulations and Rulings ("ORR") pursuant to 19 U.S.C. § 1517(f) in the Enforce and Protect Act ("EAPA") investigation into Kingtom, EAPA Case Number 7550.

14305070–1

3. Pursuant to 28 U.S.C. § 2631(j)(1), an interested party who was a party to the proceeding below may intervene as of right in a civil action pending with this Court.  Kingtom is an exporter of aluminum extrusions from the Dominican Republic that was accused of entering transshipped aluminum extrusions from the People's Republic of China into the United States, and prior to the reversal of ORR, was determined by TRLED to have entered merchandise through evasion.  *See* USCIT R. 24(a)(2).  Kingtom was a party to the underlying investigation into the evasion of antidumping and countervailing duties on aluminum extrusions from China, and is thus an interested party as defined by 19 U.S.C. §§ 1517(a)(6), 1677(9)(A), 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Kingtom participated in the EAPA investigation, filing written arguments, responses to CBP's requests for information, voluntary submissions of factual information, hosting on-site verification at its facilities in the Dominican Republic, and filing a request for administrative review, and thus has standing to intervene in this action as a party to the proceeding below.  Accordingly, Kingtom may intervene as of right in this action.

4. Plaintiff's complaint was filed and served on August 11, 2021.  Accordingly, this motion is timely, having been made within 30 days after the date of service of the complaint, with an additional 5 days for mail service.  *See* USCIT R. 24(a)(3).

5. Proposed Defendant-Intervenor Kingtom would be adversely affected by a ruling in favor of Plaintiff.  Thus, proposed Defendant-Intervenor Kingtom plans to litigate the issues raised by Plaintiff in its complaint and respond to Plaintiff's arguments raised in its briefs.

6. Pursuant to USCIT R. 7(b), counsel for Kingtom has conferred with counsel for the other parties and has obtained their consent for this motion.  Specifically, on August 16, 2022, Claire Webster, counsel to Plaintiff, consented to this motion, and on August 16, 2022, Alexander Vanderweide, counsel to Defendant, consented to the relief requested.

7. Based on the foregoing, Kingtom respectfully requests that this Court grant its motion to intervene as of right as Defendant-Intervenor in this action.

Respectfully submitted,

/s/ Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas, III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

Dated: August 16, 2022

*Counsel to Proposed Defendant-Intervenor Kingtom Aluminio S.R.L.*

### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALUMINUM EXTRUSION FAIR TRADE COMMITTEE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant, | Court No. 22-00236 |

### ORDER

Upon consideration of the consent motion of Intervenor-Applicant Kingtom Aluminio S.R.L. ("Kingtom") to intervene, and other papers and proceedings herein, it is hereby:

**ORDERED** that Intervenor-Applicant's motion is granted; and it is further

**ORDERED** that Kingtom be designated as Defendant-Intervenor in this action.

**SO ORDERED.**

Date: _____, 2022     _____
      New York, New York